JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

APR 17, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alpha Capital Anstalt,<br><br>   Plaintiff,<br><br> vs.<br><br>Imaging3, Inc.,<br><br>   Defendant. | Case No. **2:19-mc-00037-UA**<br>    2:19-cv-02879 VAP<br><br>ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[Rule 4(c), Fed. R. Civ. P.; Local Rule 4-1]<br><br>[No Hearing Required] |

  Having considered the request of Alpha Capital Anstalt (the "Plaintiff"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rule 4-1 of the Local Rules of Practice of the United States District Court for the Northern District of California, to designate ABC Legal Support ("ABC"), a registered California process server whose business address is 201 S. Figueroa Street, Suite 100, Los Angeles, CA 90012, as an authorized and specially appointed process server in this action; and

  Having considered Plaintiff's request that the Court authorize ABC to serve

- 1 -   ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS

any Writs of Attachment and Writs of Execution and other judgment enforcement items necessary in this action; and

Having considered Plaintiff's request that the U.S. Marshall's Office remain the Levying Officer.

IT IS HEREBY ORDERED THAT Plaintiff's requests are granted. ABC is appointed to serve any Writs of Attachment and Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshall's Office shall remain the Levying Officer.

Dated: April 17, 2019

By: *Virginia A. Phillips*
Virginia A. Phillips,
Judge of the U.S. District Court for the
Central District of California

- 2 -

REQUEST AND ORDER GRANTING SPECIAL
APPOINTMENT TO SERVE PROCESS